In the Matter of AARON H. KAUFMAN, an Attorney, Respondent.

First Department, October 29, 1937.

*S. C. Lewis* of counsel [*Einar Chrystie*, attorney], for the petitioner.

*Alfred J. Talley*, for the respondent.

PER CURIAM. The evidence establishes that the respondent, having been retained by Sidney Michaels and other associates and paid to incorporate an association to be known as the Co-operative New York Butchers Fat Rendering Association, Inc., falsely

represented to Mr. Michaels and his associates that the incorporation had been duly effected, that subscriptions to stock might be taken and business conducted in the corporate name. As a result of these misrepresentations Mr. Michaels and others became personally liable for obligations which they had entered into in the aforesaid corporate name.

The respondent should be disbarred.

Present — MARTIN, P. J., UNTERMYER, DORE, COHN and CALLAHAN, JJ.

Respondent disbarred.